UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00029

**Casey Lee Briggs, Jr.,**
*Plaintiff,*

v.

**Gregg County Sheriff Office et al.,**
*Defendants.*

# ORDER

Plaintiff Casey Lee Briggs, Jr., an inmate proceeding pro se, filed this civil-rights lawsuit under 42 U.S.C. § 1983 without paying the filing fee. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b).

On May 31, 2023, the magistrate judge issued a report recommending that this case be dismissed without prejudice because of plaintiff's failure to prosecute by keeping the court advised of his current address and complying with the court's orders regarding the filing fee. Doc. 9. A copy of that report was mailed to the plaintiff's last known address, but defendant did not file written objections.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. This case is dismissed.

*So ordered by the court on August 10, 2023.*

J. CAMPBELL BARKER
United States District Judge